## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Case No. 02-53005-659 |
| PRESIDENT CASINOS, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

### APPELLANT'S DESIGNATION OF THE CONTENTS OF
### THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellant, Stuart A. Williams, Trustee of The Stuart A. and Francine W. Williams Revocable Trust (the "Williams Trust"), files this Designation of the Contents of the Record on Appeal and Statement of Issues on Appeal regarding the Williams Trust's Notice of Appeal filed pursuant to 28 U.S.C. §158(a), and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, from the Final Order Approving Sufficiency of Notices to Potential Claimants, Confirming First Liquidation Distribution and Approving Second Liquidation Distribution entered by the Honorable Kathy A. Surratt-States on October 3, 2014 [Docket No. 2156] and all rulings rendered appealable thereby.

**I.      DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL**

      **A.      Docket Entries from Case No. 02-53005-659**

| Item No. | Date | Docket No. | Document Title |
|---|---|---|---|
| 1 | 08/27/2008 | 1954 | Chapter 11 Plan of Liquidation for President Casinos, Inc. and PRC Management, Inc. |
| 2 | 11/25/2008 | 1996 | Amended Order Confirming Chapter 11 Plan of Liquidation for President Casinos, Inc. and PRC Management, Inc. |

| 3 | 02/12/2014 | 2118 | Liquidation Trustee's Third Amended Motion for an Interim Order Approving Notices to Potential Claimants, and for Confirmation of the First Liquidation Distribution and Approval of Second Liquidation Distribution ("Third Amended Motion") |
|---|---|---|---|
| 4 | 07/24/2014 | 2119 | Order |
| 5 | 07/30/2014 | 2121 | Amended Order |
| 6 | 08/08/2014 | 2130 | Response to Third Amended Motion |
| 7 | 08/11/2014 | 2131 | Response to Third Amended Motion |
| 8 | 08/20/2014 | 2132 | Response to Third Amended Motion |
| 9 | 08/29/2014 | 2135 | Response to Third Amended Motion |
| 10 | 09/04/2014 | 2142 | Response to Third Amended Motion |
| 11 | 09/05/2014 | 2138 | Response to Third Amended Motion |
| 12 | 09/05/2014 | 2143 | Response to Third Amended Motion |
| 13 | 09/05/2014 | 2144 | Response to Third Amended Motion |
| 14 | 09/08/2014 | 2145 | Response to Third Amended Motion |
| 15 | 09/08/2014 | 2146 | Response to Third Amended Motion |

| 16 | 09/08/2014 | 2147 | Response to Third Amended Motion |
| 17 | 09/09/2014 | 2140 | Response to Third Amended Motion |
| 18 | 09/09/2014 | 2141 | Supplement Response to Response to Third Amended Motion |
| 19 | 09/10/2014 | 2148 | Response to Third Amended Motion |
| 20 | 09/11/2014 | 2149 | Response to Third Amended Motion |
| 21 | 09/15/2014 | 2150 | Response to Third Amended Motion |
| 22 | 09/15/2014 | 2151 | Response to Third Amended Motion |
| 23 | 09/16/2014 | 2152 | Response to Third Amended Motion |
| 24 |  | 2153 | Liquidation Trustee's Summary of Responses to Notice of Hearing |
| 25 |  | 2154 | Liquidation Trustee's Opposition to Response and Supplemental Response of Filed by Stuart A. and Francine W. Williams Trust |
| 26 |  | 2156 | Final Order Approving Sufficiency of Notices to Potential Claimants, Confirming First Liquidation Distribution and Approving Second Liquidation Distribution |

## II. DESIGNATION OF ISSUE ON APPEAL

A. Whether the Bankruptcy Court erred in finding that the Liquidation Trustee fulfilled all of his duties under Chapter 11 Plan of Liquidation of President Casinos and PRC Management, Inc., the Bankruptcy Court's Amended Order Confirming the Plan and the Liquidation Trust Agreement by and between President Casinos, Inc. PRC Management, Inc. and Henry L. Gusky, despite the fact that an improper and, the Williams Trust argues, grossly negligent instruction from the Liquidation Trustee caused an erroneous distribution of Liquidation Trust proceeds?

|  | Respectfully submitted, /s/ Matthew S. Layfield<br>Matthew S. Layfield, Esquire<br>Polsinelli PC<br>100 South Fourth Street, Suite 1000<br>St. Louis, MO 63102<br>Telephone (314) 889-8000<br>Facsimile (314) 231-1776<br><br>Danny P. Cerrone, Jr., Esquire<br>(Pro Hac Vice)<br>Clark Hill PLC<br>One Oxford Centre, 14th Floor<br>Pittsburgh, PA 15219<br>Telephone (412) 394-7711<br>Facsimile (412) 394-2555<br><br>*Attorneys for Stuart A. Williams, trustee of The Stuart A. and Francine W. Williams Revocable Trust* |
|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Case No. 02-53005-659 |
| PRESIDENT CASINOS, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The foregoing Appellant's Election That Appeal Be Heard By The United States District Court was filed this 17th day of October, 2014 and served upon all CM/ECF participants, including the following counsel of record for Henry L. Gusky:

Joseph Leibowicz, Esquire
George M. Cheever, Esquire
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222

Mark V. Bossi, Esquire
Brian W. Hockett, Esquire
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

/s/ Matthew S. Layfield
Matthew S. Layfield, Esquire

201494419